UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Re: Criminal Cases<br><br>11cr630<br>18cr581<br>18cr666<br>19cr645<br>19cr530<br>11cr630<br>20cr125<br>14cr552<br>15cr570 | NOTICE OF TELECONFERENCE<br>INFORMATION |

KENNETH M. KARAS, United States District Judge:

      For the week of July 13, 2020, the Court will hold all criminal proceedings by telephone.

To access the teleconference, please use the following information:

      Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

      Please enter the conference as a guest by pressing the pound sign (#).

      Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated:  July 10, 2020
          White Plains, New York

                                                            KENNETH M. KARAS
                                                           United States District Judge