UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Arthur Reynolds

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-cr-00337-PMH-1
7:14-cr-00552-PMH-1

Defendant Arthur Reynolds hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☒   Conference Before a Judicial Officer


*Arthur Reynolds*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Arthur Reynolds
Print Defendant's Name

[signature]
Defendant's Counsel's Signature

Elizabeth K. Quinn
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/9/21
Date

[signature]
U.S. District Judge/U.S. Magistrate Judge